■ In the Matter of LILLIAN A., Appellant, v NICHOLAS A., Respondent. [16 NYS3d 728]—

Order, Family Court, New York County (Christopher W. Coffey, Referee), entered on or about May 22, 2014, which, after a fact-finding hearing, among other things, dismissed the petition for an order of protection, unanimously affirmed, without costs.

The Family Court properly dismissed the petition, because petitioner failed to establish by a fair preponderance of the evidence that respondent, her brother, had committed any acts warranting an order of protection in her favor (*see Matter of Everett C. v Oneida P.*, 61 AD3d 489 [1st Dept 2009]). No basis exists to disturb the Family Court's findings that respondent and two nonparty witnesses were more credible than petitioner (*id.*). Concur—Mazzarelli, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.